FILED

05/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0006

Ann C. German
P.O. Box 1530
Libby, MT 59923
(406) 293-4191
facsimile: (406) 293-2435
anngerman@lclink.com

Attorney for Appellant

ORIGINAL

FILED

MAY 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 21-0006

| | |
|---|---|
| In Re The Marriage Of:<br><br>**JOHNETTE GAY JONES WATKINS,**<br><br>Appellant,<br><br>vs.<br><br>**CHARLES EDWARD WATKINS,**<br><br>Appellee. | **MOTION FOR EXTENSION OF TIME** |

Appellant, Johnette Gay Jones Watkins, by her attorney for record, moves the Court, pursuant to Rule 26(2), M.R.App.P., for an extension of five (5) days from the current due date of June 2, 2021 to June 7, 2021, in which to file and serve Appellant's opening brief on appeal. The opening brief was first due on March 12, 2021, and an extension was granted by the Clerk of the Supreme Court to allow filing by April 12, 2021. A fourth extension was granted to allow filing by June 2, 2021. Since that extension was granted, the undersigned has been working diligently on this matter in order to complete and file the opening brief, but needs additional time in which to do so and to ensure that the brief is received and filed in time. As stated in the Affidavit of Ann C. German filed herewith, the opening brief of Appellant will be filed and served no later than June 7, 2021 and no further extensions will be requested.

MOTION FOR EXTENSION OF TIME

I have contacted opposing counsel, but was unable to reach her, as set forth in the Affidavit of Ann German filed herewith. It is not expected that opposing counsel would object to a five day extension as requested.

DATED this 26th day of May, 2021.

ANN C. GERMAN, Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that, on May 26, 2021, I have filed by facsimile transmission the foregoing Motion and accompanying Affidavit of Ann C. German with the Clerk of the Montana Supreme Court, and that I have mailed a copy thereof, first class mail, postage prepaid, to the attorney for Appellee, Amy N. Guth, 408 Main Avenue, Libby, MT 59923.

DATED this 26th day of May, 2021.

ANN C. GERMAN, Attorney for Appellant

MOTION FOR EXTENSION OF TIME

2

Ann C. German
P.O. Box 1530
Libby, MT 59923
(406) 293-4191
facsimile: (406) 293-2435
anngerman@lclink.com

Attorney for Appellant

**FILED**

MAY 2 7 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 21-0006

In Re The Marriage Of:

JOHNETTE GAY JONES WATKINS,

Appellant,

vs.

CHARLES EDWARD WATKINS,

Appellee.

**AFFIDAVIT OF COUNSEL**

I, ANN C. GERMAN, declare under the penalty of perjury and under the laws of the state of Montana that the following is true and correct to the best of my knowledge:

1. I am the attorney for the Appellant herein, and I make this affidavit in support of appellant's Motion for Extension of Time dated May 26, 2021.

2. The opening brief was first due on March 12, 2021, and an extension was granted by the Clerk of the Supreme Court to allow filing by April 12, 2021. A fourth extension was granted by the Court to allow filing by June 2, 2021.

3. Appellant is requesting an extension of five (5) days for filing and serving her opening brief, that is, until June 7, 2021. The grounds for this request are that, due to the Memorial Day Holiday on May 31, 2021, and the recent delays in the mail, the undersigned fears that the opening brief may not be received and filed by June 2, 2021. In order to comply with this Court's Order for filing and service, the undersigned believes it necessary to request the additional five days to ensure that the opening brief is received and filed on time.

AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR EXTENSION OF TIME

1

4. I declare that I, as appellant's attorney, have exercised diligence and have substantial need for the extension and I further declare that the brief will be filed within the time requested, i.e., no later than June 7, 2021. Since the last extension was granted, the undersigned has been working diligently on this matter in order to complete and file the opening brief, but needs additional time to ensure that the brief is received and filed on time. No further requests for extensions will be made.

5. The undersigned attempted twice to contact Amy N. Guth, attorney for Appellee, before completing and transmitting this Motion, but was unable to reach her before the undersigned had to leave her office to travel out of town for a previously scheduled appointment. It is not expected that she will object to the allowance of an additional five (5) days for the reasons set forth supra.

I, Ann C. German, declare under penalty of perjury and under the laws of the state of Montana that the foregoing is true and correct to the best of my knowledge.

Dated this _____ day of May, 2021.

_____
Ann C. German, Attorney for Appellant

AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR EXTENSION OF TIME

2